# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

2008 MAR -5 AM 11: 41

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Timothy M. Marshall ) | Case No: CR597-00003-025 |
| ) | USM No: 09444-021 |
| Date of Previous Judgment: December 23, 1997 ) | James G. Williams |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months **is reduced to** __time served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 34          Amended Offense Level: 32
Criminal History Category: II        Criminal History Category: II
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 135 to 168 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated December 23, 1997, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 5, 2008

Judge's signature

Effective Date: March 15, 2008
(if different from order date)

William T. Moore, Jr.
Chief Judge, U.S. District Court
Printed name and title